IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AMERICAN TOWERS LLC AND AMERICAN TOWER MANAGEMENT, LLC, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION: 2:16-cv-00424 |
| vs. | § § § | |
| MARY HELEN LOPEZ, | § § § | |
| Defendant. | § | |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATE OF INTERESTED PARTIES**

Plaintiffs American Towers LLC and American Tower Management, LLC file this Corporate Disclosure Statement and Certificate of Interested Parties under Rule 7.1 of the Federal Rules of Civil Procedure and the Court's *Order for Conference and Disclosure of Interested Parties* (Doc. 2), and state that the following persons and entities are financially interested in the outcome of this litigation:

1. Plaintiff American Towers LLC is a limited liability company, the ultimate parent of which is American Tower Corporation. American Tower Corporation is a publicly traded company which has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

2. Plaintiff American Tower Management, LLC is a limited liability company, the ultimate parent of which is American Tower Corporation. American Tower Corporation is a publicly traded company which has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

3. Mary Helen Lopez, an individual person.

                  Respectfully submitted,

By:  /s/ Nicholas J. Demeropolis
David L. Swanson
  Attorney in Charge
  State Bar No. 19554625
  Southern District Admission No. 10992
  dswanson@lockelord.com
Jason R. Marlin
  Texas Bar No. 24050989
  Southern District Admission No. 612725
  jmarlin@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201
(214) 740-8000
(214) 740-8800 – Facsimile

Nicholas J. Demeropolis
  State Bar No. 24069602
  Southern District Admission No. 1094909
  ndemeropolis@lockelord.com
LOCKE LORD LLP
600 Travis
Houston, Texas  77002
(713) 226-1200
(713) 223-3717 – Facsimile
**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon the following counsel *via email* on October 21st, 2016.

Joe Flores
attorneyjoeflores@me.com


                  /s/ Nicholas J. Demeropolis
                  Nicholas J. Demeropolis