IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AMERICAN TOWERS LLC AND AMERICAN TOWER MANAGEMENT, LLC, | § § § § | |
| Plaintiffs, | § § § | CIVIL ACTION NO: 2:16-cv-00424 |
| vs. | § § | |
| MARY HELEN LOPEZ, | § § | |
| Defendant. | § | |

## WAIVER OF SERVICE OF SUMMONS

TO:   David L. Swanson
      Jason R. Marlin
      Nicholas J. Demeropolis
      Attorneys for Plaintiff

I have received your request to waive service of a summons in this action, along with a copy of complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, Mary Helen Lopez, agree to save the expense of serving a summons and complaint in this case.

I understand that I will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objection to the absence of a summons or of service.

I also understand and agree that I must file and serve an answer or a motion under Rule 12 within 60 days from October 7, 2016, the date when this request was sent. If I fail to do so, a default judgment will be entered against me.

Date: 10-28-16

Mary Helen Lopez

HOU 1868715