IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AMERICAN TOWERS LLC AND AMERICAN TOWER MANAGEMENT, LLC, | § § § § | |
| Plaintiffs, | § § | NO: 2:16-cv-00424 |
| vs. | § § | |
| MARY HELEN LOPEZ, | § § | |
| Defendant. | § § | |

## PLAINTIFFS' REQUEST FOR CLERK'S ENTRY OF DEFAULT

Plaintiffs American Towers LLC and American Tower Management, LLC ("Plaintiffs") file this Request for Clerk's Entry of Default under Rule 55, Fed. R. Civ. P., and state:

1. Defendant Mary Helen Lopez ("Defendant") did not timely file an answer or other responsive pleading by December 6, 2016, and therefore, Plaintiffs request that the Clerk enter default against Defendant.

2. Plaintiffs filed their complaint on October 6, 2016. (Doc. 1).

3. Defendant executed a Waiver of Service of Summons on October 28, 2016. (Doc. 4). Based on the Waiver of Service of Summons, Defendant's deadline to answer was December 6, 2016.

4. The Clerk of the Court may enter default against a party who has not filed a responsive pleading or otherwise defended the suit in accordance with the rules and that fact is made to appear by affidavit or otherwise. FED. R. CIV. P. 55(a); *New York Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996).

5. The Clerk should enter default against Defendant due to Defendant's failure to timely answer or otherwise appear in this action. Defendant's failure to timely answer or appear is demonstrated by the Court's docket sheet. Specifically, the Waiver of Service of Summons establishes that Defendant's deadline to answer or file a responsive pleading was December 6, 2016. (Doc. 4). The Court's docket sheet also establishes that Defendant has not answered or otherwise appeared.

6. Plaintiffs respectfully request that the Clerk enter a default against Defendant Mary Helen Lopez pursuant to FED. R. CIV. P. 55.

Respectfully submitted,

By: */s/ David L. Swanson*
David L. Swanson
  Attorney in Charge
  State Bar No. 19554625
  Southern District Admission No. 10992
  dswanson@lockelord.com
Jason R. Marlin
  Texas Bar No. 24050989
  Southern District Admission No. 612725
  jmarlin@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201
(214) 740-8000
(214) 740-8800 – Facsimile

Nicholas J. Demeropolis
  State Bar No. 24069602
  Southern District Admission No. 1094909
  ndemeropolis@lockelord.com
LOCKE LORD LLP
600 Travis
Houston, Texas  77002
(713) 226-1200
(713) 223-3717 – Facsimile
**COUNSEL FOR PLAINTIFFS**