United States District Court
Southern District of Texas
**ENTERED**
December 29, 2016
David J. Bradley, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

AMERICAN TOWERS LLC AND § 
AMERICAN TOWER MANAGEMENT, § 
LLC, §
      Plaintiffs, §
§
*versus*                                    §     Civil Action: 2:16CV424
§
MARY HELEN LOPEZ, §
      Defendant. §

## Entry of Default

It appears upon the representation of the plaintiff and from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law:

MARY HELEN LOPEZ

Therefore, default is entered against the defendant as authorized by Federal Rule of Civil Procedure 55.

CLERK OF COURT

DATED: December 29, 2016           By: _Lori Cayce_
                                                                      Deputy Clerk