UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

### ADR MEMORANDUM TO CLERK OF COURT

**American Towers LLC et al**
_____
Plaintiff(s),

v.

**Mary Helen Lopez**
_____
Defendant(s).

**DIVISION:** Corpus Christi
_____

**CIVIL ACTION NO.** 2:16-cv-00424
_____

**ADR METHOD:**  Mediation ☑    Arbitration ☐
Mini-trial ☐    Summary Jury Trial ☐

**TYPE OF CASE:** Breach of Contract
_____

**Please check one of the following:**

The case referred to ADR: **Settled** ☑    or    **Did Not Settle** ☐

**Total fees and expenses paid by the parties:** $ 1500/per party .

**If no fees or expenses were charged, please check one of the following:**

**No ADR was necessary because case settled before the ADR Session** ☐

**By an Order of the Court** ☐

**By an Agreement with the parties** ☐

**Please list names, addresses and telephone numbers of all parties and all counsel of record:**
(_Use second sheet if necessary._)

See attached

**ADR Provider No.:** 1159
_____
**Printed Name:** Andrew J. Lehrman
**Signature:** _____

**Date:** 2/8/2018
_____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

AMERICAN TOWERS LLC AND                §
AMERICAN TOWER MANAGEMENT,             §
LLC,                                   §
                                       §
V                                      §          CIVIL ACTION NO. 2:16-CV-00424
                                       §
MARY HELEN LOPEZ                       §
                                       §
                                       §
                                       §
                                       §

COUNSEL OF RECORD

David L. Swanson
Jason R. Marlin
LOCKE LORD,LLP
2200 Ross Ave., Ste. 2800
Dallas, TX 75201

Nicholas, J. Demeropolis
LOCKE LORD, LLP
600 Travis
Houston, TX 77002

Joe A. Flores
THE LAW OFFICES OF JOE A. FLORES
500 N. Water St., Ste. 515
Corpus Christi, TX 78401