

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

## Notice Regarding
## Alternative Dispute Resolution Questionnaire

**Case No. 2:16–cv–00424**
**Style: American Towers LLC et al v. Lopez**

The attached questionnaire is being sent to you in accordance with Local Rule 16.4.K.3 which states in part "The ADR Administrator shall submit a questionnaire evaluating the ADR provider and proceeding to the parties and counsel; counsel and parties must complete and return the questionnaires to the Court. The Court, attorneys, and the public may review the questionnaires in the clerk's office."

Attorneys are requested to forward a copy of the questionnaire to their individual client or client representative who participated in the ADR proceeding.

The completed questionnaires are **not** a part of the official court file in CM/ECF. Do **NOT** file the completed questionnaire. The questionnaire should be signed, scanned, and emailed or mailed to the Court's ADR Administrator at:

ADR_Administrator@txs.uscourts.gov

or

ADR Administrator
Clerk's Office
United States District Court
515 Rusk Street
Houston, Texas 77002

Thank you,

ADR Administrator for the
United States District Court
Southern District of Texas

**ALTERNATIVE DISPUTE RESOLUTION QUESTIONNAIRE**
Case No. **2:16–cv–00424**
Case Name: **American Towers LLC et al v. Lopez**

DO <u>NOT</u> FILE. RETURN COMPLETED FORM TO ADR_Administrator@txs.uscourts.gov.

| INFORMATION ABOUT YOU | | | |
|---|---|---|---|
| **Name:** | | **Phone No:** | **Email:** |
| **Address:** | | | |
| **In this case, you were:** | Plaintiff | | Defendant |
| | Attorney for Plaintiff | | Attorney for Defendant |
| | Other (specify) | | |
| **ADR INFORMATION** | | | |
| **Name of ADR provider:** | | **PRID No:** | |
| **ADR method used:** | Mediation | Mini–Trial | |
| | Summary Jury Trial | Arbitration | |
| **Referral to ADR was:** | Court ordered | Agreed upon by the parties | |
| **ADR provider was:** | Court selected | Agreed upon by the parties | |
| **Was the ADR proceeding helpful to understanding the issues in the case?** | | _____ Yes       _____ No | |
| **ADR proceeding consumed how many hours (not including preparation time)?** | | Hours: | |
| **Results of the ADR proceeding:** <br> _____Case settled after referral but before ADR proceeding. <br> _____Case settled at ADR proceeding. <br> _____Case settled after ADR proceeding as a result of ADR proceeding. <br> _____Case settled after, but **not** as a result of, ADR proceeding. <br> _____Case did not settle. | | | |
| **Please rate the skill and effectiveness of the ADR provider:** <br> _____Excellent         _____Satisfactory         _____Unsatisfactory | | | |
| **Comments:** | | | |
| **Previous participation in ADR proceedings (number of each):** | Mediation | Mini–Trial | |
| | Summary Jury Trial | Arbitration | |
| **ATTORNEYS ONLY** | | | |
| Trial Setting:      /      / | Discovery Cut Off:      /      / | | Judge: |
| Type of Case: | | | |
| Amount in controversy and relief sought by **plaintiff**: $ | | | Other relief: |
| Amount in controversy and relief sought by **other party**: $ | | | Other relief: |
| **CLIENTS ONLY** | | | |
| Name, address, and phone number of your attorney: | | | |

| **Signature:** | **Date:** |
|---|---|